**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1802**

---

MARION FLEMING,

                                        Plaintiff - Appellant,

        versus

JOHN E. POTTER, Postmaster General, United
States Postal Service,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-04-444-2)

---

Submitted:  November 30, 2005        Decided:  December 21, 2005

---

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Marion Fleming, Appellant Pro Se.  Virginia Lynn Van Valkenburg,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marion Fleming appeals the district court's order dismissing his civil action under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634 (2000) ("ADEA") and the Rehabilitation Act of 1973, 29 U.S.C. §§ 701 to 797 (2000) (the "Rehabilitation Act").  We deny Fleming leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court in its memorandum opinion.  See Fleming v. Potter, No. CA-04-444-2 (E.D. Va. filed May 18, 2005; entered May 19, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED